LODGED CLERK, U.S. DISTRICT COURT OCT -1 2001 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

FILED CLERK, U.S. DISTRICT COURT OCT 23 2001 CENTRAL DISTRICT OF CALIFORNIA DEPUTY

ENTERED CLERK, U.S. DISTRICT COURT OCT 25 2001 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

Priority Send Enter Closed JS-5/JS-6 JS-2/JS-3 Scan Only

Docketed Copies / NTC Sent JS-5/JS-6 JS-2/JS-3 CLSD

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

THE UNITED STATES OF AMERICA

    Plaintiff,

v.

CITY OF SANTA PAULA, CALIFORNIA;
SANTA PAULA CITY COUNCIL;
RICHARD COOK, LAURA FLORES
ESPINOSA, DONALD JOHNSON, RAY
LUNA, JOHN PROCTER, members of
the Santa Paula City Council;
RICHARD DEAN, Ventura County
Clerk-Recorder,

    Defendants,

SANTA PAULA VOTERS OPPOSED TO
ELECTORAL REDISTRICTING,

    Defendant-Intervenor.

CIVIL ACTION NO.
CV 00-03691-GHK(SHx)

SETTLEMENT AGREEMENT AND
[PROPOSED] ORDER BETWEEN
PLAINTIFF UNITED STATES AND
DEFENDANT CITY OF SANTA
PAULA, CALIFORNIA

    Plaintiff United States of America (the "United States") filed this action pursuant to Section 2 of the Voting Rights Act of 1965, as amended, 42 U.S.C. 1973. The Complaint alleges that the at-large election system for electing the Santa Paula City Council has the effect of diluting Hispanic voting strength, resulting in Hispanic citizens being denied an opportunity equal to that afforded to other members of the electorate to participate in the political process and elect representatives of their choice.

    Defendant City of Santa Paula, California ("City of Santa Paula"), has denied that the at-large system for electing the Santa Paula City Council violates Section 2 or dilutes Hispanic voting strength. The City of Santa Paula contends that there is no history or current condition of vote dilution in Santa Paula,

that Hispanic voters would not elect more Hispanic preferred Hispanic candidates under a district election system than under the current at large system and that this lawsuit is barred by the disclaimer in Section 2 that proportional representation is not required. Santa Paula also contends that there can be no vote dilution as a matter of law, because Hispanics, who have become a majority of the electorate, have an equal opportunity to elect.

In its Answer to the Complaint, Defendant-Intervenor Santa Paula Voters Opposed to Electoral Redistricting has denied that the method of electing the Santa Paula City Council violates Section 2 of the Voting Rights Act.

In an effort to conserve judicial resources and the resources of the parties, the United States and the City of Santa Paula have arrived at a Stipulation of Facts and have agreed to the following terms:

(1) The City of Santa Paula shall place a proposition on the ballot for the November 5, 2002 election, which shall provide voters with an opportunity to vote on whether the members of the Santa Paula City Council should be elected by district as provided by Cal. Gov't Code § 34871.

(2) For all purposes between the United States and the City of Santa Paula, the facts contained in Stipulation of Facts executed on August 30, 2001, shall be considered undisputed and established facts as of the date the Stipulation of Facts is executed;

(3) This action shall be dismissed without prejudice.

Wherefore, by agreement of the United States and the City of Santa Paula, the Court hereby finds as follows:

1. This Court has jurisdiction over this action pursuant to 42 U.S.C. 1973j(f) and 28 U.S.C. 1345.

2. The terms of this Settlement Agreement are reasonable, lawful, and fair.

Accordingly, it is hereby ORDERED that:

I. The Stipulation of Facts attached hereto as Exhibit A is incorporated into this Settlement Agreement and Order.

II. The City of Santa Paula shall submit to the voters during the November 5, 2002 election one ordinance providing for the members of the Santa Paula City Council to be elected by district. The ordinance shall provide for one of the following methods of election:

(a) Five council members elected by single-member districts;

(b) Four council members elected by single-member districts and a mayor elected citywide; or

(c) If authorized by the Legislature, four council members elected by two two-member districts and a mayor elected citywide.

III. Nothing in this Settlement Agreement shall be construed to require the voters of Santa Paula to change the current method of electing members of the City Council, or to suggest that they should.

IV. The ordinance required by Paragraph II above shall be placed on the ballot in accordance with Sections 34871-34879 of the California Government Code, and the term "by districts" shall

have the same meaning as it is defined in Section 34871 of the California Government Code.

V.  Any electoral districts used to elect the Santa Paula City Council shall comply with the provisions of California Elections Code § 21601 and with Section 2 of the Voting Rights Act.

VI.  Nothing in this Settlement Agreement shall be construed as an admission of liability by the City of Santa Paula or an admission by the United States that the at-large method of electing the Santa Paula City Council does not violate Section 2 of the Voting Rights Act.

VII.  The Stipulation of Facts between the United States and the City of Santa Paula is without prejudice to Defendant-Intervenor Santa Paula Voters Opposed to Electoral Redistricting and does not constitute findings of fact by this Court. If Defendant-Intervenor seeks to intervene in future litigation between the United States and the City of Santa Paula concerning the system for electing the Santa Paula City Council, the United States and the City of Santa Paula shall confer in good faith with Defendant-Intervenor before either party opposes such intervention.

20. In 2000, Al Guilin and Ray Luna were Hispanic candidates for the Santa Paula City Council. Hispanic voters supported Mr. Guilin and Mr. Luna more strongly in that election than any other candidate(s), and both would have been elected if the election would have been held only among Hispanic voters. John Procter received almost as much Hispanic support as Mr. Luna. Mr. Procter and James Garfield were the candidates preferred by non-Hispanic voters. Mr. Procter and Mr. Luna were elected.

21. Hispanic voters generally were politically cohesive in Santa Paula City Council elections from 1990 to 2000.

22. As of this date, the United States can satisfy the second precondition of <u>Thornburg v. Gingles</u>, 478 U.S. 30, 106 S. Ct. 2752, 92 L. Ed. 2d 25 (1986).

23. Three of the five elected members on both the Santa Paula Elementary School District Board of Trustees and the Santa Paula High School District Board of Trustees are Hispanic persons.

24. Measure I, to curb development, was enacted in the November 2000 election. Hispanic voters favored Measure I and non-Hispanic voters did not. Hispanic turnout as a percentage of Hispanic registration was lower than non-Hispanic turnout. Measure I was enacted because Hispanic voters favored Measure I more strongly than non-Hispanic voters opposed it.

25. Facts not included in this Stipulation of Facts may be relevant to the totality of circumstances and/or whether the success or defeat of any particular candidate was the result of special circumstances.

FOR PLAINTIFF UNITED STATES OF AMERICA:

        RALPH F. BOYD, JR.
        Assistant Attorney General
        Civil Rights Division

        JOHN S. GORDON
        United States Attorney
        MICHELE C. MARCHAND
        Assistant United States Attorney

DATED: August 29, 2001     _/s/ Joseph D. Rich_____
        JOSEPH D. RICH
        ROBERT A. KENGLE
        JON M. GREENBAUM
        DAVID J. BECKER
        PATRICIA A. FIRST
        Attorneys, Voting Section
        Civil Rights Division
        Department of Justice
        P.O. Box 66128
        Washington, D.C. 20035-6128
        (202) 307-3113

FOR DEFENDANT CITY OF SANTA PAULA, CALIFORNIA:

        PHILLIP H. ROMNEY
        Santa Paula City Attorney

DATED: August 30, 2001     _/s/ John E. McDermott_____
        JOHN E. MCDERMOTT
        TRACY J. DALTON
        HOWREY SIMON ARNOLD & WHITE
        550 South Hope Street
        Suite 1400
        Los Angeles, California 90071
        (213) 892-1800

## CERTIFICATE OF SERVICE

I, Stacey Puskas, hereby certify that on September 28, 2001, I served the foregoing SETTLEMENT AGREEMENT AND [PROPOSED ORDER] BETWEEN PLAINTIFF UNITED STATES AND DEFENDANT CITY OF SANTA PAULA, CALIFORNIA by sending it first class mail, postage-prepaid, to the following counsel:

John E. McDermott, Esq.
Tracy J. Dalton, Esq.
HOWREY SIMON ARNOLD & WHITE
550 South Hope Street
Suite 1400
Los Angeles, California 90071
Counsel for Santa Paula
Defendants

William Bradford Reynolds
HOWREY, SIMON, ARNOLD & WHITE
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004
Counsel for Santa Paula
Defendants

Philip H. Romney, Esq.
City Attorney
City of Santa Paula
P.O. Box 912
Santa Paula, CA 93061
Counsel for Santa Paula
Defendants

Robert Orellana, Esq.
Assistant County Counsel
County of Ventura
Hall of Administration
800 South Victoria
Ventura, CA 93009
Counsel for Defendant Richard
Dean, Ventura County Clerk-
Recorder

Vincent T. Lechowick, Esq.
John H. Findley, Esq.
PACIFIC LEGAL FOUNDATION
10360 Old Placerville Rd.
Suite 100
Sacramento, California 95827
Counsel for Defendant-Intervenor

*/s/ Stacey Puskas*
Stacey Puskas

VIII. Plaintiff United States and the City of Santa Paula shall bear their own costs and fees in this action.

This action is dismissed without prejudice.

FOR PLAINTIFF UNITED STATES OF AMERICA:

RALPH F. BOYD, JR.
Assistant Attorney General
Civil Rights Division
JOHN S. GORDON
United States Attorney
MICHELE C. MARCHAND
Assistant United States Attorney

DATED: September 25, 2001

JOSEPH D. RICH
ROBERT A. KENGLE
JON M. GREENBAUM
DAVID J. BECKER
PATRICIA A. FIRST
Attorneys, Voting Section
Civil Rights Division
Department of Justice
P.O. Box 66128
Washington, D.C. 20035-6128
(202) 307-3113

FOR DEFENDANT CITY OF SANTA PAULA:

PHILLIP H. ROMNEY
Santa Paula City Attorney

DATED: September 26, 2001

JOHN E. MCDERMOTT
TRACY J. DALTON
HOWREY SIMON ARNOLD & WHITE
550 South Hope Street
Suite 1400
Los Angeles, California 90071
(213) 892-1800

IT IS SO ORDERED.

10/23/01
Date

United States District Judge

- 5 -

```
                IN THE UNITED STATES DISTRICT COURT FOR THE
                       CENTRAL DISTRICT OF CALIFORNIA
                              WESTERN DIVISION


THE UNITED STATES OF AMERICA,        )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )   CIVIL ACTION NO.
                                     )   CV 00-03691-GHK(SHx)
CITY OF SANTA PAULA, CALIFORNIA;     )
SANTA PAULA CITY COUNCIL;            )   STIPULATION OF FACTS BETWEEN
RICHARD COOK, LAURA FLORES           )   PLAINTIFF UNITED STATES AND
ESPINOSA, DONALD JOHNSON, RAY        )   DEFENDANT CITY OF SANTA
LUNA, JOHN PROCTER, members of      )    PAULA, CALIFORNIA
the Santa Paula City Council;        )
RICHARD DEAN, Ventura County         )
Clerk-Recorder,                      )
                                     )
        Defendants,                  )
                                     )
SANTA PAULA VOTERS OPPOSED TO        )
ELECTORAL REDISTRICTING,             )
                                     )
        Defendant-Intervenor.        )
                                     )
_____)
```

Plaintiff United States of America (the "United States") filed this action pursuant to Section 2 of the Voting Rights Act of 1965, as amended, 42 U.S.C. 1973 (hereinafter "Section 2"). The Complaint alleges that the at-large election system for electing the Santa Paula City Council has the effect of diluting Hispanic voting strength, resulting in Hispanic citizens being denied an opportunity equal to that afforded to other members of the electorate to participate in the political process and elect representatives of their choice.

Defendant City of Santa Paula, California ("City of Santa Paula"), has denied that the at-large system for electing the Santa Paula City Council violates Section 2 or dilutes Hispanic voting strength. The City of Santa Paula contends that there is

no past or current condition of vote dilution in Santa Paula, that Hispanic voters would not elect more Hispanic preferred Hispanic candidates under a district election system than under the current at large system and that this lawsuit is barred by the disclaimer in Section 2 that proportional representation is not required. The City of Santa Paula also contends that there can be no vote dilution as a matter of law, because Hispanics, who have become a majority of the electorate, have an equal opportunity to elect.

In its Answer to the Complaint, Defendant-Intervenor Santa Paula Voters Opposed to Electoral Redistricting has denied that the method of electing the Santa Paula City Council violates Section 2 of the Voting Rights Act.

In an effort to conserve judicial resources and the resources of the parties, and to facilitate settlement of this matter, the United States and the City of Santa Paula have agreed to stipulate to the following facts as being established for all purposes between the United States and the City of Santa Paula as of the date this Stipulation of Facts is executed:

1. The City of Santa Paula has an at-large election system for electing its five member City Council. All voters in the City can vote for all five Councilmembers.

2. Councilmember terms are staggered, with two Councilmembers elected during one biennial election, and the other three elected two years later.

3. All candidates run on the same ballot for the seats up for election on a plurality win basis. There is no runoff or

majority vote requirement. There is no prohibition against bullet voting.

4. The Hispanic population within the City of Santa Paula is sufficiently large and geographically compact so that Hispanics could comprise a majority of the voting age citizens, registered voters, and voters turning out to vote in at least two of five properly-apportioned districts.

5. As of this date, the United States can satisfy the first precondition of <u>Thornburg v. Gingles</u>, 478 U.S. 30, 106 S. Ct. 2752, 92 L. Ed. 2d 25 (1986).

6. According to the 1990 Census, Hispanic persons comprised 59 percent of Santa Paula's total population, 54 percent of its voting age population, and approximately 38 percent of its citizen voting age population. Anglo persons comprised 39 percent of Santa Paula's total population, 46 percent of its voting age population, and approximately 60 percent of its citizen voting age population.

7. According to the 2000 Census, Hispanic persons comprise 72 percent of Santa Paula's total population of 28,598, and 66 percent of its voting age population. Anglo persons comprise 26 percent of the total population and 31 percent of the voting age population in Santa Paula. Citizen voting age population data for Santa Paula is not yet available from the 2000 Census.

8. The share of Hispanic registered voters has increased since the November 1988 election when Spanish surnamed registered voters constituted 32 percent of all registered voters. In the November 2000 election, Spanish surnamed registered voters constituted 49 percent of all registered voters. Spanish

- 3 -

Exhibit A, Page 8

1 surnaming registrants tends to slightly underestimate the
2 percentage of Hispanic origin registrants.
3     9. The share of Hispanic persons who cast ballots has
4 increased since the November 1988 election when Spanish surnamed
5 voter turnout constituted 29 percent of all voters. In the
6 November 2000 election, Spanish surnamed voters constituted 46
7 percent of all voters. Spanish surnaming voters tends to
8 slightly underestimate the percentage of Hispanic origin voters.
9     10. Since 1966, at least one Hispanic person has served on
10 Santa Paula City Council at all times: Henry Vela and Joe Bravo
11 served on the Santa Paula City Council from 1966 to 1974; Al
12 Urias served on the Santa Paula City Council from 1974 to 1986
13 and from 1988 to 1996; Al Escoto served on the Santa Paula City
14 Council from 1984 to 1988; Laura Flores Espinosa has served on
15 the Santa Paula City Council since 1994; and Ray Luna has served
16 on the Santa Paula City Council since 2000.
17     11. When the Complaint was filed on April 6, 2000, Ms.
18 Espinosa was the only member of the Santa Paula City Council at
19 the time who had been preferred by Hispanic voters. With Mr.
20 Luna's election in November 2000, two of the five current
21 Councilmembers are Hispanic persons who were preferred by
22 Hispanic voters.
23     12. Robin Sullivan served on the Santa Paula City Council
24 from 1992 to 2000. During her 1996 campaign for Santa Paula City
25 Council, Ms. Sullivan distributed a flier addressed "TO THE
26 LATINO COMMUNITY IN SANTA PAULA," in which she stated that her
27 grandmother was "a full blooded Mexican." There is no evidence
28

that Ms. Sullivan was generally known as being Hispanic when she was elected to the Santa Paula City Council in 1992.

13. In each Santa Paula City Council election between 1988 and 2000, at least one Hispanic candidate ran for election to the Santa Paula City Council.

14. In 1988, Al Urias and Al Escoto were Hispanic candidates for Santa Paula City Council. Hispanic voters supported Mr. Urias and Mr. Escoto more strongly in this election than any other candidate(s), and both would have been elected if the election would have been held only among Hispanic voters. Les Maland was the most preferred candidate of non-Hispanic voters. Mr. Escoto and Paul Kaiser received the next highest levels of support of non-Hispanic voters and they received approximately the same level of support. Mr. Maland and Mr. Urias were elected.

15. In 1990, Jesse Ornelas and Bob Borrego were Hispanic candidates for the Santa Paula City Council. Hispanic voters supported Mr. Ornelas and Mr. Borrego more strongly in that election than any other candidate(s), and both would have been elected if the election would have been held only among Hispanic voters. Wayne Johnson, Margaret Ely, and John Melton were the candidates preferred by non-Hispanic voters. Mr. Johnson, Ms. Ely, and Mr. Melton were elected. For this election, Spanish-surnamed persons comprised 34% of the registered voters and 30% of those who cast ballots.

16. In 1992, Al Urias was a Hispanic candidate for the Santa Paula City Council. Hispanic voters supported Mr. Urias more strongly in that election than any other candidate(s), and

- 5 -

Exhibit A, Page 10

1  he would have been elected if the election would have been held
2  only among Hispanic voters. Robin Sullivan and Flo Zakrajshek
3  were the candidates preferred by non-Hispanic voters. Ms.
4  Sullivan and Mr. Urias were elected.

5     17.  In 1994, Laura Espinosa and Victor Salas were Hispanic
6  candidates for the Santa Paula City Council. Hispanic voters
7  supported Ms. Espinosa and Mr. Salas more strongly in that
8  election than any other candidate(s), and both would have been
9  elected if the election would have been held only among Hispanic
10 voters. Don Johnson, John Melton, and Flo Zakrajshek were the
11 candidates preferred by non-Hispanic voters. Ms. Espinosa, Mr.
12 Johnson, and Mr. Melton were elected.

13    18.  In 1996, Al Urias and Gabriella Araiza-Reeves were
14 Hispanic candidates for the Santa Paula City Council. Hispanic
15 voters supported Mr. Urias and Ms. Gabriella Araiza-Reeves more
16 strongly in that election than any other candidate(s), and both
17 would have been elected if the election would have been held only
18 among Hispanic voters. Robin Sullivan and James Garfield were
19 the candidates preferred by non-Hispanic voters. Ms. Sullivan
20 and Mr. Garfield were elected.

21    19.  In 1998, Laura Espinosa, Richard Garcia and Al Escoto
22 were Hispanic candidates for the Santa Paula City Council.
23 Hispanic voters supported Ms. Espinosa, Mr. Garcia and Mr. Escoto
24 more strongly in that election than any other candidate(s), and
25 all three would have been elected if the election would have been
26 held only among Hispanic voters. Don Johnson, Richard Cook, and
27 Scott Dunbar were the candidates preferred by non-Hispanic
28 voters. Mr. Cook, Mr. Johnson, and Ms. Espinosa were elected.